| Does | Host IP address | Hit Date (UTC) | File Hash | ISP |
|---|---|---|---|---|
| 1 | 71.94.85.112 | 2010-10-09 02:41:32 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Charter Communications |
| 2 | 24.179.51.46 | 2010-10-10 03:25:37 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Charter Communications |
| 3 | 24.179.56.33 | 2010-10-13 02:17:51 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Charter Communications |
| 4 | 66.169.211.167 | 2010-10-28 10:10:30 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Charter Communications |
| 5 | 68.191.211.2 | 2010-11-21 02:00:36 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Charter Communications |
| 6 | 74.60.213.149 | 2010-11-17 01:34:27 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Clearwire Corporation |
| 7 | 74.61.103.11 | 2010-12-17 04:44:37 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Clearwire Corporation |
| 8 | 74.61.82.63 | 2010-12-17 03:51:54 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Clearwire Corporation |
| 9 | 66.31.222.179 | 2010-09-30 06:03:39 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 10 | 71.56.97.64 | 2010-10-01 12:09:38 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 11 | 76.111.146.21 | 2010-10-01 07:29:25 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 12 | 67.188.204.149 | 2010-10-01 10:41:32 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 13 | 75.65.73.14 | 2010-10-01 11:34:37 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 14 | 76.109.248.113 | 2010-10-02 09:29:10 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 15 | 76.19.167.95 | 2010-10-02 05:53:46 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 16 | 71.226.97.69 | 2010-10-03 09:22:10 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 17 | 98.219.240.147 | 2010-10-03 09:25:24 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 18 | 67.171.236.79 | 2010-10-03 10:25:37 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 19 | 98.212.208.167 | 2010-10-06 06:35:21 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 20 | 98.239.66.145 | 2010-10-06 06:41:07 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 21 | 76.27.240.49 | 2010-10-06 09:46:49 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 22 | 76.26.32.162 | 2010-10-07 04:49:18 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 23 | 24.5.240.115 | 2010-10-07 08:52:19 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 24 | 67.164.251.111 | 2010-10-09 12:43:09 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 25 | 98.242.17.78 | 2010-10-09 05:52:37 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 26 | 98.226.113.69 | 2010-10-09 06:46:42 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 27 | 76.26.33.53 | 2010-10-09 09:02:42 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 28 | 98.211.183.56 | 2010-10-13 12:20:06 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 29 | 174.60.161.0 | 2010-10-13 07:23:16 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 30 | 76.127.107.112 | 2010-10-18 07:17:40 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 31 | 76.102.129.135 | 2010-10-19 12:35:03 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 32 | 68.38.229.132 | 2010-10-21 04:46:15 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 33 | 68.58.16.201 | 2010-10-25 10:41:57 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 34 | 174.48.154.131 | 2010-10-27 12:43:44 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 35 | 67.186.234.156 | 2010-10-28 02:35:04 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 36 | 24.129.63.91 | 2010-10-29 02:41:04 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |

| | | | | |
|---|---|---|---|---|
| 37 | 174.48.152.244 | 2010-10-29 03:11:41 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 38 | 66.31.218.68 | 2010-11-03 07:17:46 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 39 | 24.118.73.6 | 2010-11-05 02:41:07 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 40 | 76.26.32.74 | 2010-11-06 04:14:57 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 41 | 68.53.47.56 | 2010-11-06 09:41:44 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 42 | 174.53.134.225 | 2010-11-07 05:38:59 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 43 | 24.1.115.200 | 2010-11-08 03:44:04 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 44 | 98.211.178.200 | 2010-11-08 05:01:56 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 45 | 75.74.172.93 | 2010-11-10 05:01:46 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 46 | 67.182.61.19 | 2010-11-10 02:08:25 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 47 | 76.124.119.29 | 2010-11-11 04:13:52 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 48 | 67.191.35.125 | 2010-11-12 03:09:00 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 49 | 24.23.47.7 | 2010-11-13 07:16:22 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 50 | 24.118.81.33 | 2010-11-13 08:07:08 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 51 | 174.48.154.167 | 2010-11-13 04:44:57 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 52 | 67.182.63.133 | 2010-11-13 11:13:14 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 53 | 76.26.24.111 | 2010-11-14 06:58:10 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 54 | 98.221.60.131 | 2010-11-17 12:44:13 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 55 | 71.59.0.211 | 2010-11-17 04:16:26 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 56 | 71.225.241.61 | 2010-11-17 08:41:20 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 57 | 24.1.40.252 | 2010-11-18 10:50:50 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 58 | 76.21.166.46 | 2010-11-19 05:52:14 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 59 | 76.122.2.159 | 2010-11-19 10:59:54 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 60 | 24.21.46.103 | 2010-11-20 01:49:00 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 61 | 76.113.22.103 | 2010-11-20 05:40:13 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 62 | 71.231.116.148 | 2010-11-21 05:20:41 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 63 | 98.206.176.34 | 2010-11-25 08:51:53 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 64 | 68.50.131.22 | 2010-11-26 07:52:06 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 65 | 68.81.108.120 | 2010-11-26 10:48:35 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 66 | 68.49.156.27 | 2010-11-27 04:21:09 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 67 | 68.62.85.129 | 2010-11-27 11:30:57 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 68 | 71.206.254.161 | 2010-11-28 06:33:08 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 69 | 98.246.175.39 | 2010-11-29 07:56:42 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 70 | 76.102.102.93 | 2010-11-29 09:45:17 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 71 | 69.248.1.234 | 2010-11-30 07:19:06 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 72 | 98.239.113.159 | 2010-11-30 09:12:46 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 73 | 71.203.130.166 | 2010-11-30 11:38:39 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |

| | | | | |
|---|---|---|---|---|
| 74 | 69.242.59.66 | 2010-12-02 03:13:26 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 75 | 76.105.109.226 | 2010-12-02 07:08:54 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 76 | 68.84.122.144 | 2010-12-03 08:50:13 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 77 | 98.224.154.22 | 2010-12-05 12:09:20 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 78 | 76.101.235.109 | 2010-12-08 05:00:13 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 79 | 68.44.61.22 | 2010-12-10 05:23:17 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 80 | 75.75.48.175 | 2010-12-11 07:31:05 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 81 | 98.218.102.81 | 2010-12-11 06:16:30 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 82 | 24.99.220.168 | 2010-12-12 02:50:02 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 83 | 75.73.170.130 | 2010-12-12 03:26:04 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 84 | 69.180.255.50 | 2010-12-13 09:48:06 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 85 | 71.227.168.75 | 2010-12-16 07:06:27 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 86 | 67.181.136.214 | 2010-12-17 01:34:10 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 87 | 68.63.155.9 | 2010-12-18 10:59:06 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 88 | 98.224.108.63 | 2010-12-19 07:03:43 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 89 | 68.38.16.193 | 2010-12-20 01:16:23 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Comcast Cable |
| 90 | 72.218.201.134 | 2010-09-30 11:55:29 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 91 | 68.8.49.202 | 2010-10-02 12:13:53 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 92 | 72.223.66.230 | 2010-10-06 08:57:54 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 93 | 68.6.191.10 | 2010-10-10 02:39:08 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 94 | 72.218.120.137 | 2010-10-16 10:27:06 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 95 | 68.6.233.243 | 2010-10-17 08:32:16 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 96 | 72.193.194.15 | 2010-10-18 09:41:07 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 97 | 70.189.248.21 | 2010-10-20 04:38:21 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 98 | 70.180.128.104 | 2010-10-27 03:56:34 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 99 | 68.103.192.5 | 2010-11-05 05:43:00 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 100 | 68.8.53.167 | 2010-11-06 07:03:02 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 101 | 68.103.207.201 | 2010-11-06 05:35:13 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 102 | 68.107.37.136 | 2010-11-07 05:29:33 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 103 | 68.97.113.163 | 2010-11-21 01:18:48 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 104 | 98.176.33.197 | 2010-11-26 12:21:25 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 105 | 72.201.23.214 | 2010-12-07 08:38:46 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 106 | 72.192.78.192 | 2010-12-09 08:39:57 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 107 | 72.197.112.64 | 2010-12-10 10:48:21 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 108 | 72.207.8.110 | 2010-12-12 06:19:56 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 109 | 72.218.52.217 | 2010-12-13 12:44:43 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |
| 110 | 68.15.102.215 | 2010-12-16 01:00:17 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Cox Communications |

| | | | | |
|---|---|---|---|---|
| 111 | 184.12.217.86 | 2010-11-22 11:45:08 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Frontier Communications |
| 112 | 74.130.175.135 | 2010-10-06 08:53:20 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Insight Communications Company |
| 113 | 74.131.158.114 | 2010-10-17 02:25:18 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Insight Communications Company |
| 114 | 74.133.196.22 | 2010-12-02 01:24:20 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Insight Communications Company |
| 115 | 74.133.197.152 | 2010-12-20 07:21:27 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Insight Communications Company |
| 116 | 69.115.194.107 | 2010-10-09 04:45:35 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Optimum Online |
| 117 | 69.115.180.220 | 2010-10-17 12:42:22 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Optimum Online |
| 118 | 24.190.227.82 | 2010-10-26 05:39:51 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Optimum Online |
| 119 | 69.124.202.205 | 2010-11-05 03:08:22 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Optimum Online |
| 120 | 67.80.23.197 | 2010-11-15 06:02:12 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Optimum Online |
| 121 | 173.3.129.24 | 2010-11-16 01:03:44 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Optimum Online |
| 122 | 173.3.201.238 | 2010-11-19 04:57:23 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Optimum Online |
| 123 | 173.3.189.214 | 2010-12-02 01:48:20 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Optimum Online |
| 124 | 67.85.206.106 | 2010-12-15 10:51:50 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Optimum Online |
| 125 | 97.126.215.122 | 2010-10-02 01:15:19 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Qwest Communications |
| 126 | 174.27.151.112 | 2010-12-08 10:54:43 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Qwest Communications |
| 127 | 184.217.221.203 | 2010-10-01 12:06:08 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Sprint PCS |
| 128 | 173.115.77.137 | 2010-12-13 03:31:03 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Sprint PCS |
| 129 | 70.16.242.23 | 2010-09-30 07:58:39 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 130 | 74.97.54.160 | 2010-09-30 08:09:04 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 131 | 108.12.219.179 | 2010-10-06 10:35:50 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 132 | 71.253.140.212 | 2010-10-07 02:08:22 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 133 | 70.16.231.11 | 2010-10-07 11:20:44 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 134 | 68.238.31.22 | 2010-10-09 03:50:51 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 135 | 70.104.8.140 | 2010-10-11 12:31:15 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 136 | 70.16.227.207 | 2010-10-13 08:37:21 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 137 | 68.238.17.22 | 2010-10-15 03:15:02 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 138 | 173.57.92.90 | 2010-10-16 03:32:38 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 139 | 71.253.140.159 | 2010-10-18 09:04:03 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 140 | 74.105.27.254 | 2010-10-21 10:38:04 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 141 | 71.117.221.221 | 2010-10-22 03:25:57 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 142 | 108.12.242.64 | 2010-10-30 12:18:25 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 143 | 173.67.159.79 | 2010-11-03 05:58:37 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 144 | 71.174.78.52 | 2010-11-07 08:49:08 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 145 | 96.238.17.107 | 2010-11-09 03:28:22 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 146 | 74.97.51.102 | 2010-11-10 06:22:37 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 147 | 72.87.177.90 | 2010-11-10 07:05:51 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |

| | | | | |
|---|---|---|---|---|
| 148 | 71.97.10.171 | 2010-11-11 08:53:15 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 149 | 72.95.248.87 | 2010-11-23 09:58:57 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 150 | 72.95.149.219 | 2010-11-23 10:09:21 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 151 | 96.252.198.171 | 2010-11-26 09:10:55 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 152 | 108.23.63.129 | 2010-11-28 11:52:59 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 153 | 96.229.200.245 | 2010-11-28 11:18:36 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 154 | 74.100.37.208 | 2010-12-02 11:42:09 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 155 | 108.18.218.163 | 2010-12-09 05:08:41 AM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |
| 156 | 108.2.186.108 | 2010-12-11 10:37:12 PM | 146F18C94D3F20E4F9ECCE2BE4D52F5522D9DAAE | Verizon Internet Services |