# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**PATRICK COLLINS, INC.,**

    **Plaintiff,**

    v.                                   **Civil Action No. 11-58 (RMU/JMF)**

**DOES 1-156,**

    **Defendants.**

## ORDER

The following is, hereby,

**ORDERED**:

1. Under Rule 5 of the Local Rules of Civil Procedures, "[t]he first filing by or on behalf of a party shall have in the caption the name and full residence address of the party. LCvR 5.1(e).

2. Any filing that does not contain the sender's name and full residence address will not be accepted for filing and must be refiled.

3. Any party seeking to proceed anonymously must comply with the Local Rules by including his name and full residence address in his filing <u>and</u> must indicate on the first page of his filing that he wishes to file **UNDER SEAL**.

4. Plaintiff will, within five (5) days of the date of this Order, forward a copy of the Order to all primary or intermediary Internet Service Providers that have or will be served with Rule 45 subpoenas in this case.

5. All primary or intermediary Internet Service Providers that have or will be served with Rule 45 subpoenas in this case will, within five (5) days or receiving this

Order from plaintiff, forward a copy of the Order to all subscribers identified by plaintiff as putative infringers of its motion picture copyright.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE